

# Case Assignment
# Standard Criminal Assignment

Case number **3:23CR-55-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 5/2/2023 12:47:50 PM
Transaction ID: 73712

Return