```
                                                              FILED
                                                      JAMES J. VILT, JR. - CLERK

                                                              MAY - 2 2023
             UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF KENTUCKY                 U.S. DISTRICT COURT
                      AT LOUISVILLE                      WEST'N. DIST. KENTUCKY
```

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              Criminal Action No.: 3:23-CR-55-DJH

JOHN ANTHONY SCHMIDT                                                  DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Stephanie Zimdahl hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Stephanie M. Zimdahl*

Stephanie Zimdahl
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6217