FILED
JAMES J. VILT, JR. - CLERK

MAY - 2 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                      PLAINTIFF

v.                      CRIMINAL ACTION NO. 3:23-CR-55-DJH

JOHN ANTHONY SCHMIDT                      DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Stephanie Zimdahl, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this 2nd day of May, 2023, charging the above-named defendant with violations of Title 18, United States Code, Sections 1343 and 1344, be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*Stephanie M. Zimdahl*

_____
Stephanie Zimdahl
Assistant U.S. Attorney