UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                                         CRIMINAL ACTION NO. 3:23-CR-55-DJH

JOHN ANTHONY SCHMIDT                                   DEFENDANT

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with violations of Title 18, United States Code, Sections 1343 and 1344 is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 2d day of May, 2023.

**ENTERED**
JAMES J. VILT, JR. - CLERK

MAY - 2 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

_____
United States Magistrate Judge