UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                            CRIMINAL ACTION NO. 3:23-CR-55-DJH

JOHN ANTHONY SCHMIDT                                                                      DEFENDANT

## MOTION FOR LEAVE TO SEAL

Comes the United States of America, by counsel, Stephanie M. Zimdahl, Assistant United States Attorney, and hereby moves the Court pursuant to Local Rule 49.4 for leave to file sealed documents. United States requests that the corporate disclosure statements be filed under seal in this matter. In support of its Motion, the United States states that the Corporate Disclosures include the identity of victims in a criminal matter and thus should be excluded from the public record.

MICHAEL A. BENNETT
United States Attorney

*s/* *Stephanie M. Zimdahl*
Stephanie M. Zimdahl
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky  40202
(502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/* *Stephanie M. Zimdahl*
Stephanie M. Zimdahl
Assistant United States Attorney