UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                  CRIMINAL ACTION NO. 3:23-CR-55-DJH

JOHN ANTHONY SCHMIDT                                                                  DEFENDANT

ORDER

The United States of America having moved the Court for leave to file sealed documents, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the United States' Motion is **GRANTED** and the Corporate Disclosures are **SEALED** pending further Order of the Court.