UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA												PLAINTIFF

v.												CRIMINAL ACTION NO. 3:23-CR-55-DJH

JOHN ANTHONY SCHMIDT												DEFENDANT

**AGREED MOTION FOR PROTECTIVE ORDER**
*Filed Electronically*

The United States of America, by counsel, moves the Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, for entry of a Protective Order governing the use and disclosure of certain information included in the discovery materials provided by the government to counsel for the defendant, John Anthony Schmidt.  The purpose of this Motion is to facilitate the expeditious exchange of discovery between the parties and to protect personal information. Counsel for the government has conferred with counsel for the defendant, John Anthony Schmidt, and has been authorized to represent to the Court that the defendant agrees to the entry of the proposed protective order.

Fed. R. Crim. P. 16(d)(1) authorizes the court to regulate discovery.  In part, the Rule reads, "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief."  This Motion does not request that this Court deny or defer discovery.   Rather, this Motion requests that the use and dissemination of certain documents, records, and information be restricted.

In this case, defendant John Anthony Schmidt is charged in a three-count indictment involving wire fraud and bank fraud. Discoverable documents and records contain personally

identifying information, financial account numbers, and other personal or business information of persons or entities. These documents would require significant redactions before they could be made available to defense counsel without a protective order, and such redactions would render certain of the documents unhelpful to the defense review given the nature of the charges in this case. For that reason, the United States respectfully requests the Court enter the tendered Protective Order restricting the use and dissemination of personal information included in the discovery materials to those persons who are within the identifiable defense and prosecution groups, court personnel, and only for the use in this case.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*s/* *Stephanie M. Zimdahl*
Stephanie M. Zimdahl
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky  40202
(502) 582-5911

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Rob Eggert, counsel for John Anthony Schmidt

*s/* *Stephanie M. Zimdahl*
Stephanie M. Zimdahl
Assistant United States Attorney