UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

v.                                                                                         CRIMINAL ACTION NO. 3:23-CR-55-DJH

JOHN ANTHONY SCHMIDT                                                                                     DEFENDANT

## PROTECTIVE ORDER

Having considered the United States' Motion for a Protective Order and being otherwise sufficiently advised,

**IT IS ORDERED** that with regard to all documents, records and information exchanged between the parties for purposes of discovery in this case which contain financial account numbers; social security or taxpayer identification numbers; date of birth; driver's license numbers; home addresses; and any other personally identifying information, the respective parties shall:

1. Keep all documents and records that disclose such information in a secure place to which no person who does not have reason to know their contents has access; and,

2. Disclose such documents, records, or information only to persons identified below who, by reason of their participation in this proceeding, have reason to know such information:

    a. All employees of the United States connected with the case, including employees of the Department of Justice, and federal law enforcement agencies involved in the case, and any person hired by the United States to provide assistance in the proceeding;

    b. Employees of the court; and,

    c. The defendant and employees of the defendant, including the attorneys for the defendant and persons hired by the defendant or his attorneys to assist on this case.

This Protective Order is subject to further orders of this Court.