UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                         CRIMINAL ACTION NO. <u>3:23-CR-55-DJH</u>

JOHN ANTHONY SCHMIDT                                              DEFENDANT

<u>ORDER</u>

The United States of America having moved the Court for leave to file sealed documents, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the United States' Motion is **GRANTED** and the Corporate Disclosures are **SEALED** pending further Order of the Court.

May 24, 2023

**David J. Hale, Judge**
**United States District Court**