UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                 CRIMINAL ACTION NO. 3:23-CR-55-DJH

JOHN ANTHONY SCHMIDT                                         DEFENDANT

## PROTECTIVE ORDER

Having considered the United States' Motion for a Protective Order and being otherwise

sufficiently advised,

**IT IS ORDERED** that with regard to all documents, records and information exchanged

between the parties for purposes of discovery in this case which contain financial account

numbers; social security or taxpayer identification numbers; date of birth; driver's license

numbers; home addresses; and any other personally identifying information, the respective

parties shall:

1. Keep all documents and records that disclose such information in a secure place to
   which no person who does not have reason to know their contents has access; and,

2. Disclose such documents, records, or information only to persons identified below
   who, by reason of their participation in this proceeding, have reason to know such
   information:

   a. All employees of the United States connected with the case, including
      employees of the Department of Justice, and federal law enforcement agencies
      involved in the case, and any person hired by the United States to provide
      assistance in the proceeding;

   b. Employees of the court; and,

   c. The defendant and employees of the defendant, including the attorneys for the
      defendant and persons hired by the defendant or his attorneys to assist on this
      case.

This Protective Order is subject to further orders of this Court.

May 24, 2023

**David J. Hale, Judge**
**United States District Court**