UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                               PLAINTIFF

v.                                       CASE NO. 3:23-CR-00055-DJH

JOHN ANTHONY SCHMIDT                              DEFENDANT

## **APPEARANCE OF COUNSEL**

Comes now Patrick J. Renn and enters his appearance herein as counsel for the Defendant, John Anthony Schmidt.

Respectfully Submitted,

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2023, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com