UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                                                      CASE NO. <u>3:23-CR-00055-DJH</u>

JOHN ANTHONY SCHMIDT                                                             DEFENDANT

**MOTION TO DECLARE CASE COMPLEX AND CONVERT
JULY 10, 2023 JURY TRIAL TO IN-PERSON STATUS HEARING**

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Defendant, **JOHN ANTHONY SCHMIDT** (hereinafter "Schmidt"), by counsel, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(ii) and the Fifth and Sixth Amendments to the United States Constitution, and respectfully requests the Court to declare this case complex for purposes of the Speedy Trial Act. In support hereof, Schmidt states as follows:

1. Schmidt is named in a Three Count Indictment alleging wire fraud, and two counts of bank fraud, counts one, two and three, respectively. The Indictment alleges conduct beginning no later than September 2014, and continuing until in or about January 2019.

2. The discovery in this case is voluminous and consists of detailed financial records and transactions.

3. Schmidt needs substantially more time to effectively prepare his defense to the allegations and evidence against him. The case is so complex due to nature of the prosecution, including specifically the time between the beginning of the allegations in

September 2014 to the conclusion in January 2019, and the voluminous financial records and transactions that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limit established in 18 U.S.C. §3161 et seq.

4. This motion is not for the purpose of unfair delay or surprise and neither Schmidt, the government, nor the public will be prejudiced by the Court granting the motion. Schmidt agrees that the time should be excluded pursuant to 18 U.S.C. §3161(7)(A) and (B)(ii).

**WHEREFORE,** Schmidt respectfully requests this Court to declare this case complex and enter the attached Order converting the July 10, 2023 jury trial to an in-person status hearing.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023 I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com