UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA											PLAINTIFF

v.												CASE NO. 3:23-CR-00055-DJH

JOHN ANTHONY SCHMIDT											DEFENDANT

### ORDER
\*\*\* \*\*\* \*\*\* \*\*\*

Upon motion of the Defendant, **JOHN ANTHONY SCHMIDT**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Declare the Case Complex and Convert July 10, 2023 Jury Trial to an In-Person Status Hearing be, and hereby is, **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that an In-Person Status Hearing be, and hereby is, set for July 10, 2023 at 10:30 a.m.