UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                    Criminal Action No. 3:23-cr-55-DJH

JOHN ANTHONY SCHMIDT,                                                                Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on August 3, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Stephanie M. Zimdahl |
| For Defendant: | Rob Eggert |
| | Patrick J. Renn |

The defendant was present. The Court and counsel discussed the procedural posture of the case. Based on the discussion during the hearing, and at the request of the parties, it is hereby

**ORDERED** as follows:

(1)     The trial of this matter, currently set for October 30, 2023, is **REMANDED** from the Court's docket. All pretrial dates and deadlines are **VACATED**.

(2)     This matter is **SET** for a change-of-plea hearing on **September 13, 2023, at 10:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

August 3, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc:     Jury Administrator

1