UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                           Plaintiff,

v.                                                                 Criminal Action No. 3:23-cr-55-DJH

JOHN ANTHONY SCHMIDT,                                                          Defendant.

* * * * *

## ORDER

By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The change-of-plea hearing set for September 13, 2023, is **REMANDED** from the Court's docket and **RESCHEDULED** for **September 26, 2023, at 11:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

(2)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from August 3, 2023, to September 26, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.  The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because the defendant and his counsel would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

September 7, 2023

David J. Hale, Judge
United States District Court

1