**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                                                    **CASE NO. 3:23-CR-00055-DJH**

**JOHN ANTHONY SCHMIDT**                                         **DEFENDANT**

**NOTICE OF FILING**

Comes the Defendant, **JOHN ANTHONY SCHMIDT**, by counsel, and submits the attached additional letter of support for his sentencing set for Thursday, January 4, 2023 at 9:30 a.m.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2023, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com
