**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**v.**                                                 **CASE NO. 3:23-CR-00055-DJH**

**JOHN ANTHONY SCHMIDT**                                     **DEFENDANT**

**NOTICE OF FILING**

Comes the Defendant, **JOHN ANTHONY SCHMIDT**, by counsel, and submits the attached additional letter of support for his sentencing set for Thursday, January 4, 2023 at 9:30 a.m.

                                                   Respectfully Submitted,

                                                   /s/ *Patrick J. Renn*
                                                   Counsel for Defendant
                                                   600 West Main Street, Suite 100
                                                   Louisville, Kentucky 40202
                                                   (502) 540-5700
                                                   (502) 568-3600 (fax)
                                                   prenn@600westmain.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2023, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

                                                   /s/ *Patrick J. Renn*
                                                   Counsel for Defendant
                                                   600 West Main Street, Suite 100
                                                   Louisville, Kentucky 40202
                                                   (502) 540-5700
                                                   (502) 568-3600 (fax)
                                                   prenn@600westmain.com