5224 Nob Lane
Indianapolis, IN  46226
January 7, 2024

The Honorable David J. Hale,
Judge, U.S. District Court
    for the Western District of Kentucky

Re: *U.S. v. John Anthony Schmidt*, Cause No. 3:23-cr-00055

Dear Judge Hale:

I was admitted to the practice of law in Indiana thirty years ago this month. Prior to becoming an attorney, I was a chemical engineer at a pharmaceutical company. After I finished law school, I was in-house counsel at the same company until I elected early retirement in 2008 and hung out my own shingle. Since then, I have practiced law as a solo attorney and in small firms.

More to the point, I have known John Schmidt since 1974. He was one of the first people I met on the first day of our freshman year at Vanderbilt University. We were steadfast friends for the rest of our years at Vanderbilt, including the last three when we were roommates. During those years, I also became friends with Kathleen Kallaher Schmidt, now an attorney and John's wife of over 30 years. John and I have communicated sporadically over the years, less frequently than I would have liked.

I read the character letter from John's counselor, Claude Drouet, LCSW, who wrote, "I understand this appears somewhat confounding, but I see John as a profoundly moral man whose own actions perplexed him." That rings true. John was a profoundly moral young man when I met him almost 50 years ago, and I believe that has never changed. I do not know what led him to commit the crimes to which he has pled guilty, but it does not astonish me that, having done so, he agonized over them to the point of depression.

John exemplifies something my wife and law partner who practices criminal defense often says: "People are more than the worst thing they've ever done."

I ask the Court to afford John as much leniency as it can in deciding his sentence.

Very truly yours,

*Michael Ray Smith*

Michael Ray Smith