FILED
JAMES J. VILT, JR. - CLERK

JAN 08 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA        PLAINTIFF

v.        Criminal Case No. 3:23-CR-00055-DJH

JOHN ANTHONY SCHMIDT        DEFENDANT

## AGREED ORDER OF RESTITUTION

Defendant, John Anthony Schmidt, having pleaded guilty, the parties having agreed on restitution, and this Court being sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The Defendant is sentenced and ordered to pay restitution in the amount of **$253,595.24**.

2. Restitution is due in the shortest time period possible, and not withstanding any other provision of this Restitution Order, the United States may enforce restitution at any time.

3. If incarcerated, and the Defendant participates in the Bureau of Prisons' Inmate Financial Responsibility Program, payments shall be made in accordance with the terms of the program. If restitution is not paid in full and if the Defendant is not incarcerated or following any term of incarceration, Defendant shall make restitution payments of not less than the amount of the Defendant's "non-exempt disposable earnings," as that term is defined in 28 U.S.C. § 3002(9). Defendant will be added to the Treasury Offset Program.

4. Interest **shall not accrue** as provided in 18 U.S.C. § 3612(f) and is hereby waived.

5. The victims' names, addresses, and total losses are as follows:

| VICTIM | ADDRESS | AMOUNT OF LOSS |
|---|---|---|
| TRUST A | TO BE PROVIDED BY USAO | $67,500 |
| TRUST B | TO BE PROVIDED BY USAO | $181,095.24 |
| FINANCIAL INSTITUTION B | TO BE PROVIDED BY USAO | $5,000 |
| **TOTAL AMOUNT** | | **$253,595.24** |

6. The amount of restitution paid to any victim shall not exceed the victim's total loss from the offense of conviction.

7. Pursuant to 18 U.S.C. § 3664(j)(1), classification and priority of payments to victims is as follows:

    a. Payments shall first be made to TRUST A and TRUST B, private victims;

    b. Payments shall then be made to FINANCIAL INSTITUTION B, provider of compensation, until paid in full.

8. All payments must be made to the United States District Court Clerk, Gene Snyder Courthouse, 601 West Broadway, First Floor, Louisville, KY 40202.

9. As long as the Defendant owes restitution, the Defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 717 W. Broadway, Louisville, KY, 40202, of: (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances.

10. This Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment and Conviction as if set out verbatim therein.

_____
Judge, United States District Court

2

Having seen and agreed to by:

MICHAEL A. BENNETT
United States Attorney
By:

*Stephanie M. Zimdahl*
Stephanie M. Zimdahl
Assistant United States Attorney

*Patrick Renn / Rob Eggert*
Patrick Renn
Rob Eggert
Counsel for Defendant

cc:

United States Probation
Louisville, Kentucky

Financial Clerk
United States District Court Clerk